UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE | ) |
| | ) |
| OAK STREET MORTGAGE, LLC | )   CASE NO. 07-05279-JKC-7A |
| | ) |
| Debtor(s) | ) |
| | ) |

**MOTION FOR RELIEF FROM STAY AND TO ABANDON REAL ESTATE**

Comes now U.S. Bank National Association, as Trustee for Certificateholders of Bear Stearns Asset Backed Securities I LLC, Asset Backed Certificates, Series 2005-AC2, (hereinafter referred to as "U.S. Bank"), by counsel, and for its Motion for Relief From Stay and to Abandon Real Estate would show the Court as follows:

1. On June 8, 2007, the above-named Debtor(s) filed a petition pursuant to Chapter 7 of the Bankruptcy Code.

2. U.S. Bank is the holder of a secured claim with an outstanding principal balance of $102,656.86. Said claim is secured by the real property located at 226 S Reed St, Joliet, IL 60436-1453, and more particularly described in the mortgage, a copy of which is attached hereto and incorporated herein as Exhibit "A". The legal description for the subject real estate is:

> LOT 405, IN WEST PARK ADDITION TO JOLIET, A SUBDIVISION OF PART OF THE NORTHWEST 1/4 OF THE SOUTHEAST 1/4 AND THE SOUTH 30 ACRES OF THE WEST 1/2 OF THE NORTHEAST 1/4 OF SECTION 17, IN TOWNSHIP 35 NORTH AND IN RANGE 10 EAST OF THE THIRD PRINCIPAL MERIDIAN, ACCORDING TO THE PLAT THEREOF RECORDED JUNE 2, 1909 AS DOCUMENT NO. 255830 IN WILL COUNTY, ILLINOIS.

3. The above-described mortgage was given to secure a promissory note dated October 22, 2004, made payable to Oak Street Mortgage LLC in the original principal sum of $108,000.00. A copy of the above-described note is attached hereto and incorporated herein as

Exhibit "B".

4.  The debt has not been reaffirmed with U.S. Bank and there is little or no equity in the subject real estate for the benefit of creditors.

5.  The mortgage loan is due for November 1, 2008 through December 1, 2008 payments at the monthly mortgage amount of $1,430.08, January 1, 2009 through August 1, 2009 payments at the monthly mortgage amount of $963.11, for an arrearage in the sum of $10,565.04, together with attorney fees and costs. The failure to make such payments allows no protection of the interests of U.S. Bank within the meaning of Section 362 of the Bankruptcy Code.

6.  The failure to make payments and the lack of equity in the subject real estate is cause for the Court to grant relief from the State to U.S. Bank within the meaning of §362 of the Bankruptcy Code.

7.  U.S. Bank prays that the court order the abandonment of the subject real estate.

WHEREFORE, U.S. Bank prays that the Court terminate the automatic stay of §362 of the Bankruptcy Code, authorize U.S. Bank to foreclose its mortgage on the above-described property, order the abandonment of the subject real estate and for all other relief as is just.

FEIWELL & HANNOY, P.C.

/S/ TIMOTHY L. BLACK
TIMOTHY L. BLACK, Attorney No. 2760-45
Attorney for U.S. Bank National Association, as Trustee for Certificateholders of Bear Stearns Asset Backed Securities I LLC, Asset Backed Certificates, Series 2005-AC2

FEIWELL & HANNOY, P.C.
251 N. Illinois Street, Suite 1700
Indianapolis, IN 46204-1944
(317) 237-2727

- File No. 032020B01

<u>CERTIFICATE OF SERVICE</u>

The undersigned does hereby certify that the foregoing has been duly electronically noticed or mailed via United States mail, first class, on August 28, 2009, to the following:

Jeffrey A Hokanson
Attorney at Law
101 West Ohio Street  Suite 2100
Indianapolis, IN 46204

Gregory K. Silver
Trustee
342 Massachusetts Avenue  Suite 400
Indianapolis, IN 46204

Nancy Gargula
U.S. Trustee
101 West Ohio Street, Suite 1000
Indianapolis, IN 46204

/S/ TIMOTHY L. BLACK
TIMOTHY L. BLACK, Attorney No. 2760-45

**NOTICE**

**FEIWELL & HANNOY, P.C. IS A DEBT COLLECTOR.**

- File No. 032020B01

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE | ) |
| | ) |
| OAK STREET MORTGAGE, LLC | ) CASE NO. 07-05279-JKC-7A |
| | ) |
| Debtor(s) | ) |
| | ) |

**CERTIFICATE OF MAILING**

The undersigned hereby certifies that a copy of the attached Notice was sent, via either first class. U.S. mail or electronic noticing, on August 28, 2009, to those creditors and interested parties listed on the attached sheets.

Dated: August 28, 2009

                                          FEIWELL & HANNOY, P.C.

                                          /S/ TIMOTHY L. BLACK
                                          TIMOTHY L. BLACK, Attorney No. 2760-45
                                          Attorney for U.S. Bank National Association, as
                                          Trustee for Certificateholders of Bear Stearns
                                          Asset Backed Securities I LLC, Asset Backed
                                          Certificates, Series 2005-AC2

FEIWELL & HANNOY, P.C.
251 N. Illinois Street, Suite 1700
Indianapolis, IN 46204-1944
(317) 237-2727

- File No. 032020B01

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE | ) |
| | ) |
| OAK STREET MORTGAGE, LLC | )  CASE NO. 07-05279-JKC-7A |
| | ) |
| Debtor(s) | ) |
| | ) |

**NOTICE OF MOTION AND OPPORTUNITY TO OBJECT**

On August 28, 2009, U.S. Bank National Association, as Trustee for Certificateholders of Bear Stearns Asset Backed Securities I LLC, Asset Backed Certificates, Series 2005-AC2 filed a Motion for Relief from Stay and to Abandon Real Estate, asking the Court for relief from stay and abandonment of the real estate commonly known as 226 S Reed St, Joliet, IL 60436-1453. The motion states that Debtor(s) monthly mortgage payments are delinquent and that there is little or no equity in the subject real estate for the benefit of creditors. If you have not received a copy of the motion, you may get one by contacting the person who signed this notice or at the clerk's office.

<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney. If you do not have an attorney, you may wish to consult one.

If you do not want the court to grant the motion, then within fifteen (15) days from the date this Notice is served, you or your attorney must:

1. File a written objection to the motion, which should explain the reasons why you object, with the Clerk of the United States Bankruptcy Court at:

    46 E Ohio St
    Indianapolis, IN 46204-1903

If you mail your objection, you must mail it early enough so that it will be received by the date it is due.

2. You must also mail a copy of your objection to:

    TIMOTHY L. BLACK
    FEIWELL & HANNOY, P.C.
    251 N. Illinois Street, Suite 1700
    Indianapolis, IN 46204-1944
    (317) 237-2727

- File No. 032020B01

Jeffrey A Hokanson
Attorney at Law
101 West Ohio Street  Suite 2100
Indianapolis, IN 46204

Gregory K. Silver
Trustee
342 Massachusetts Avenue  Suite 400
Indianapolis, IN 46204

Nancy Gargula
U.S. Trustee
101 West Ohio Street, Suite 1000
Indianapolis, IN 46204


    If you do not file an objection by the date it is due, the court may grant the relief requested without holding a hearing. If you do file an objection, the court will set the motion for hearing, which you or your attorney will be expected to attend.

Dated: August 28, 2009

                                              FEIWELL & HANNOY, P.C.

                                              /S/ TIMOTHY L. BLACK
                                              TIMOTHY L. BLACK, Attorney No. 2760-45
                                              Attorney for U.S. Bank National Association, as
                                              Trustee for Certificateholders of Bear Stearns
                                              Asset Backed Securities I LLC, Asset Backed
                                              Certificates, Series 2005-AC2

FEIWELL & HANNOY, P.C.
251 N. Illinois Street, Suite 1700
Indianapolis, IN 46204-1944
(317) 237-2727

- File No. 032020B01

```
Label Matrix for local noticing          America's Servicing Company              American Express Travel Related Svcs Co Inc
0756-1                                   c/o Unterberg & Associates, P.C.         c/o Becket and Lee LLP
Case 07-05279-JKC-7A                     8050 Cleveland Place                     POB 3001
Southern District of Indiana             Merrillville, IN 46410-5302              Malvern, PA 19355-0701
Indianapolis
Fri Aug 28 08:45:40 EDT 2009

Americas Servicing Company               Bank of New York successor in interest to JP   Countrywide Home Loans
McCalla, Raymer, et al.                  Doyle & Friedmeyer, PC                   c/o Horgan, Rosen, Beckham & Coren
Bankruptcy Department                    135 N. Pennsylvania St, Ste 2000         23975 Park Sorrento, Ste 200
1544 Old Alabama Road                    Indianapolis, IN 46204-2490              Calabasas, CA 91302-4011
Roswell, GA 30076-2102

Countrywide Home Loans, Inc.             Countrywide Home Loans, Inc.             Finance Center Federal Credit Union
C/O Unterberg & Associates, P.C.         c/o Erika Barnes                         Bingham, Farrer & Wilson, P.C.
8050 Cleveland Place                     Stites & Harbison PLLC                   P.O. Box 494
Merrillville, IN 46410-5302              400 W. Market Street                     Elwood, IN 46036-0494
                                         Suite 1800
                                         Louisville, KY 40202-3352

First American Capital V LLC             Fouts & Co., LLC                         (p)FRANKLIN CREDIT MANAGEMENT CORP
Jon Krigsman, Managing Member            400 Marott Center                        101 HUDSON STREET
7286 Siena Way                           342 Massachusetts Avenue                 25TH FLOOR
Boulder, CO 80301-3722                   Indianapolis, IN 46204-2146              JERSEY CITY NJ 07302-3984

HSBC Mortgage Services, Inc.             Indiana Department of Revenue            Litton Loan Servicing, L.P.
PO Box 6200                              Bankruptcy Section                       McCalla, Raymer, et al.
South Bend, IN 46660-6200                100 North Senate Avenue                  Bankruptcy Department
                                         Room N-203                               1544 Old Alabama Road
                                         Indianapolis, IN 46204-2217              Roswell, GA 30076-2102

Litton Loan Servicing, LP                Novastar Mortgage, Inc.                  Oak Street Mortgage, LLC
P .O .Box 829009                         c/o Baker & Daniels LLP                  11555 North Meridian Street
Dallas, TX 75382-9009                    Attn: James M. Carr                      Suite 540
                                         300 N. Meridian Street                   Carmel, IN 46032-6934
                                         Suite 2700
                                         Indianapolis, IN 46204-1782

U.S. Bank National Association, as Trustee f   U.S. Bank National Association, as Trustee f   Wells Fargo Bank, N.A.
C/O Unterberg & Associates, P.C.         3476 State View Blvd.                    c/o Burke Costanza & Cuppy LLP
8050 Cleveland Place                     Fort Mill, SC 29715-7203                 9191 Broadway
Merrillville, IN 46410-5302                                                       Merrillville, IN 46410-7043

 CITIMORTGAGE, INC.                      Acxiom Direct LLC (Smartreminders.com)   Administrative Agent of AT&T Corp
PO BOX 140609                            822 Airpark Center Drive                 15100 FAA Blvd
IRVING, TX 75014-0609                    Nashville, TN 37217-2942                 Fort Worth TX 76155-2216

All Clean, LLC                           American Express Travel Related Svcs     Amy Hulthen, Esq
c/o Hudson & Mullies, LLC                Inc Corp Card                            CBCInnovis, Inc
P.O. Box 866                             c/o Becket and Lee LLP                   2500 Broad St, 19th Floor
Fort Scott, KS 66701-0866                POB 3001                                 Columbus, OH 43215
                                         Malvern PA 19355-0701

Aurora Loan Services, LLC                Baker & Hostetler, LLP                   Bank of New York, successor in interest
c/o Nelson & Frankenberger               200 South Orange Avenue                  c/o Butler & Hosch, P.A.
3105 East 98th Street, Suite 170         Orlando, FL 32801-3432                   107 Westpark Blvd., Suite 130
Indianapolis, IN 46280-2007                                                       Columbia, SC 29210-3873
```

| | | |
|---|---|---|
| Barnes & Thornburg<br>Attn: Michael Gottschlich<br>11 South Meridian Street<br>Indianapolis, IN 46204-3535 | Barnes & Thornburg LLP<br>c/o Michael H. Gottschlich & Wendy D. Br<br>11 S. Meridian Street<br>Indianapolis, IN 46204-3535 | Bass, Berry & Sims, PLC<br>AmSouth Center<br>315 Deaderick St., Suite 2700<br>Nashville, TN 37238-3001 |
| Berry Moorman, P.C.<br>The Buhl Building<br>535 Griswold, Suite 1900<br>Detroit, MI 48226-3679 | Berry Network, Inc.<br>3100 Kettering Blvd<br>Dayton, OH 45439-1924 | Berry Network, Inc.<br>c/o Tami Hart Kirby, Esq.,<br>Walter Reynolds, Esq. Porter,<br>Wright, Morris & Arthur LLP<br>One South Main Street, Suite 1600<br>Dayton, Ohio 45402-2088 |
| Beyond Interactive<br>777 3rd Ave.<br>New York, NY 10017-1401 | Bloomberg, LLP<br>731 Lexington Avenue<br>New York, NY 10022-1331 | Bracewell & Giuliana LLP<br>PO Box 848566<br>Dallas, TX 75284-8566 |
| Brian J Balzarini<br>Intellidyn Corp<br>175 Derby St, Unit #40<br>Hingham, MA 02043-4053 | CBC Innovis, Inc.<br>P.O. Box 535595<br>Pittsburgh, PA 15253-5595 | CBCInnovis, Inc.<br>c/o Katz & Korin, PC<br>334 North Senate Avenue<br>Indianapolis, IN 46204-1708 |
| Carmel Drive Self-Storage, LLC<br>550 West Carmel Drive<br>Carmel, IN 46032-2566 | Choate, Hall & Stewart LLP<br>Two International Place<br>Boston, MA 02110-4120 | Citimortgage, Inc.<br>c/o Foutty & Foutty, LLP<br>155 East Market St., Suite 605<br>Indianapolis, IN 46204-3219 |
| City of Des Moines, Iowa<br>c/o Vicki Long Hill<br>400 Robert D. Ray Drive<br>Des Moines, IA 50309-1813 | Clayton Poehl, et al.<br>c/o Green Jacobson & Butsch, PC<br>7733 Forsyth Blvd., Suite 700<br>Saint Louis, MO 63105-1882 | Clouse Dunn Hirsch, LLP<br>c/o Clouse Dunn Khoshbin, LLP<br>1201 Elm Street, Suite 5200<br>Dallas, TX 75270-2142 |
| CoreLogic Systems, Inc.<br>10360 Old Placerville Road<br>Suite 100<br>Sacramento, CA 95827-2536 | Countrywide Bank, FSB<br>c/o Blommer Peterman, S.C.<br>13700 W. Greenfield Avenue<br>Brookfield, WI 53005-7159 | Countrywide Home Loans<br>Attn: Winnie Star<br>31303 W. Agoura Rd.<br>Westlake Village, CA 91361-4635 |
| Countrywide Home Loans<br>c/o Horgan Rosen Beckman & Coren<br>23975 Park Sorrento, Suite 200<br>Calabasas, CA 91302-4011 | Dean Sheridan (class action)<br>c/o Ademi & O'Reilly, LLP<br>3620 East Layton Avenue<br>Cudahy, WI 53110-1462 | Deutsche Bank Natl. Trust Co.<br>c/o Shapiro & Fishman, LLP<br>2424 N. Federal Hwy., Suite 360<br>Boca Raton, FL 33431-7780 |
| Dorsey & Whitney, LLP (c/o<br>Steve Heim) 50 South Sixth<br>Street, Suite 1500<br>Minneapolis, MN  55402 | ERS Group (Economic Research Services)<br>4901 Tower Court<br>Tallahassee, FL 32303-7995 | FIS Flood Services<br>1521 North Cooper Street<br>4th Floor<br>Arlington, TX 76011-5592 |
| Franklin Credit Management<br>c/o Feiwell & Hannoy, P.C.<br>251 North Illinois Street,Suite 1700<br>Indianapolis, IN 46204-1944 | GMAC-Mortgage<br>Attn: Tom Kelly<br>8400 Normandale Lake Blvd., Suite 150<br>Minneapolis, MN 55437-1085 | GMAC-RFC<br>Attn: Tom Kelly<br>8400 Normandale Lake Blvd., Suite 150<br>Minneapolis, MN 55437-1085 |

| | | |
|---|---|---|
| GMAC-Servicing Corp.<br>Attn: Tom Kelly<br>8400 Normandale Lake Blvd., Suite 150<br>Minneapolis, MN 55437-1085 | HSBC Mortgage Services, Inc.<br>c/o Codilis & Associates, PC<br>15W030 N. Frontage Rd, Suite 100<br>Willowbrook, IL 60527-6921 | Hamilton County Treasurer<br>33 North Ninth Street<br>Noblesville, Indiana 46060-2218 |
| Harland Financial (formerly Greatland)<br>400 SW 6th Ave, Ste 200<br>Portland, OR 97204-1608 | Harris County<br>c/o Linebarger Goggan, et al.<br>P.O. Box 3064<br>Houston, TX 77253-3064 | Holland & Knight, LLP<br>1 East Broward Blvd Ste 1300<br>Ft Lauderdale, FL 33301-1865 |
| IKON Financial Services<br>P.O. Box 9115<br>Macon, GA 31208-9115 | INDIANA DEPARTMENT OF WORKFORCE DEVELOPMENT<br>10 N SENATE AVENUE RM SE106<br>INDIANAPOLIS, IN 46204-2277 | Ice Miller LLP<br>One American Square<br>Box 82001<br>Indianapolis, IN 46282-0200 |
| Indiana Department of Revenue<br>Bankruptcy Section<br>100 North Senate Avenue, RmN203<br>Indianapolis, IN 46204-2273 | IntelliDyn Corp.<br>175 Derby Street<br>Suite 40<br>Hingham, MA 02043-4053 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 |
| Interthinx, Inc. c/o ISO<br>545 Washington Blvd.<br>Jersey City, NJ 07310-1607 | JPMorgan Chase Bank, as Trustee<br>c/o Hinshaw & Culbertson, LLP<br>50 N. Laura Street, Suite 4100<br>Jacksonville, FL 32202-3621 | John P. Calderaio, et al.<br>c/o Thompson & Thomas, PA<br>1801 Indian Road Ste 100<br>West Palm Beach, FL 33409-4604 |
| Kirkpatrick & Locklart LLP<br>1601 K Street N.W.<br>Washington, DC 20006-1682 | LEXISNEXIS, A DIV OF REED<br>ELSERVIER INC. 9443 SPRINGBORO<br>PIKE MIAMISBURG, OH 45342-5490<br>ATTN: BETH FARNHAM | Lending Tree, LLC<br>c/o Erika R. Barnes<br>Stites & Harbison, PLLC<br>400 W. Market St. Ste.1800<br>Louisville, KY 40202-3352 |
| LendingTree, LLC<br>11115 Rushmore Drive<br>Charlotte, NC 28277-3442 | Lendingtree, LLC<br>c/o Stites & Harbison, PLLC<br>323 East Court Avenue<br>Jeffersonville, IN 47130-3411 | LexisNexis<br>P.O. Box 2314<br>Carol Stream, IL 60132-0001 |
| LowerMyBills, Inc.<br>2401 Colorado Avenue<br>Suite 200<br>Santa Monica, CA 90404-3595 | Marsh USA Inc.<br>Craig Padover<br>121 River Street<br>Hoboken, NJ 07030-5982 | Marsh USA, Inc.<br>111 Monument Circle<br>Suite 4300<br>Indianapolis, IN 46204-5143 |
| Maverick County<br>c/o Law offices of Harry G. Steen, Jr.<br>3001 N. Lamar Blvd., Suite 306<br>Austin, TX 78705-2024 | Metropolitan Government Trustee<br>c/o Metropolitan Dept of Law<br>PO Box 196300<br>Nashville, TN 37219-6300 | Neil F Luria<br>GMAC-FRC<br>8400 Normandale Lake Blvd<br>Minneapolis, MN 55437-1085 |
| Nextag, Inc.<br>1300 S. El Camino Real<br>6th Floor<br>San Mateo, CA 94402-2963 | Novistar Mortgage<br>P.O. Box 2900<br>Shawnee, KS 66201-1300 | Pear Sperling Eggan & Daniels, P.C.<br>24 Frank Lloyd Wright Drive<br>Ann Arbor, Mi 48105-9484 |

| | | |
|---|---|---|
| Perry & Associates, Inc.<br>c/o Tiffany & Tiffany, PLLC<br>P.O. Box 68100<br>Virginia Beach, VA 23471-8100 | RFC / Homecomings<br>Attn: Tom Kelly<br>8400 Normandale Lake Blvd., Suite 150<br>Minneapolis, MN 55437-1085 | Rodney Epps class action<br>c/o Nichols Kaster Anderson PLLP<br>4600 IDS Center, 80 South 8th Street<br>Minneapolis, MN 55402 |
| Rogers & Hardin<br>2700 Intl. Tower, Peachtree Center<br>229 Peachtree Street, N.E.<br>Atlanta, GA 30303-1601 | Ron Foth Advertising<br>P.O. Box 182039<br>Dept 21<br>Columbus, OH 43218-2039 | Sowell Gray Stepp & Laffitte LLC<br>1310 Gadsden StreetT<br>P.O. Box 11449<br>Columbia, SC 29211-1449 |
| Squire, Sanders & Dempsey LLP<br>PO Box 643051<br>Cincinnati, OH 45264-3051 | St. Charles County<br>c/o Judy Zerr, Clerk<br>300 North Second Street, Suite 216<br>Saint Charles, MO 63301-0273 | Staples Business Advantage<br>500 Staples Drive<br>Framingham, MA 01702-4474 |
| Street Links<br>973 Emerson Parkway<br>Suite C<br>Greenwood, IN 46143-6907 | Tele-Response Center, Inc.<br>9350 Ashton Road<br>Suite 202<br>Philadelphia, PA 19114-7402 | Theresa Ananea<br>c/o David Oakley, Esq<br>3214 Prospect Ave<br>Cleveland, OH 44115-2614 |
| U.S. Bank, N.A.<br>c/o Macquire & Schneider, LLP<br>250 Civic Center Drive, Suite 500<br>Columbus, OH 43215-5088 | U.S. Bank, as Trustee<br>c/o Feiwell & Hannoy, P.C.<br>251 N. Illinois Street, Suite 1700<br>Indianapolis, IN 46204-1944 | U.S. Trustee<br>101 W. Ohio St.. Ste. 1000<br>Indianapolis, IN 46204-1982 |
| Urban Surveying, Inc.<br>c/o Brown & Associates<br>P.O. Box 1667<br>Victoria, TX 77902-1667 | WORKERS TRAINING FUND<br>IN DEPARTMENT WORKFORCE DEVELOPMENT<br>10 N SENATE AVE RM SE106<br>INDIANAPOLIS, IN 46204-2277 | Williams Mullen<br>P.O. Box 91719<br>Richmond, VA 23291-1719 |
| Williams Mullen c/o<br>Patrick Stewart - 12th Floor<br>1021 E Cary Street<br>Richmond, VA 23219-4058 | Xerox Capital Services LLC<br>Attn: Vanessa Adams<br>P O Box 660506<br>Dallas TX 75266-0506 | Zurich American Insurance Company<br>Attention Mary Perlick<br>1400 American Lane<br>Schaumburg IL 60196-5452 |
| iHOMEOWNERS, INC.<br>C/O RAY GARWACKI, JR.<br>SBN 100765<br>5111 Dahila Drive<br>Los Angeles, California 90041-1404 | iHomeowners, Inc.<br>24003 Ventura Boulevard<br>Calabasas, CA 91302-2542 | Courtney Elaine Chilcote<br>Hostetler & Kowalik, P.C.<br>101 West Ohio Street, Suite 2100<br>Indianapolis, IN 46204-4211 |
| Gregory K. Silver<br>342 Massachusetts Ave # 400<br>Indianapolis, IN 46204-2132 | Jeffrey A. Hokanson<br>Hostetler & Kowalik, PC<br>101 W. Ohio Street<br>Suite 2100<br>Indianapolis, IN 46204-4211 | Rachel Lynn Hazaray<br>Hostetler & Kowalik, P.C.<br>101 West Ohio Street<br>Suite 2100<br>Indianapolis, IN 46204-4211 |
| Ruth Ann Shepard<br>2500 South A Street<br>Elwood, IN 46036-2136 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Franklin Credit Management  
c/o Bankruptcy Department  
Post Office Box 2301  
Jersey City, NJ 07303  

Internal Revenue Service  
PO Box 21126  
Philadelphia PA 19114  

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u) U.S. Bank National Association, as Truste    (u)Baker & Hostetler, LLP    (u)Berry Network, Inc

(u)Carrington Mortgage Services Successor to    (u)Countrywide Home Loans, Inc., d/b/a Americ    (u)Deutsche Bank National Trust Company

(u)Deutsche Bank National Trust Company as Tr    (u)Franklin Credit Mortgage Company    (u)HSBC Mortgage Services Inc.

(u)HSBC Mortgage Services, Inc. f/k/a Househo    (u)Hostetler & Kowalik, PC    (u)Household Financial Services, Inc.

(u)JPMorgan Chase Bank, NA successor in inter    (u)LaSalle Bank National Association, as Trus    (u)Laxalt & Nomura

(u)LendingTree, LLC    (u)Mortgage Electronic Registration Systems I    (u)Official Committee of Unsecured Creditors

(u)The Bank of New York Mellon formerly known    (u)The Bank of New York, as Successor in Trus    (du)U S Bank National Association as Trustee

| | | |
|---|---|---|
| (du)U. S. Bank National Association, as Trust | (u)U.S. Bank National Association, as Trustee | (du)U.S. Bank National Association, as Truste |
| (du)U.S. Bank National Association, as Truste | (du)U.S. Bank National Association, as truste | (u)Unsecured Creditor's Committee |
| (d)Finance Center Federal Credit Union<br>Bingham, Farrer & Wilson, P.C.<br>P.O. Box 494<br>Elwood, IN 46036-0494 | (d)Franklin Credit Management Corporation<br>101 Hudson Street 25th Floor<br>Jersey City, NJ 07302-3984 | (u)Dean Sheridan |
| (u)John P Calderaio | (d)Theresa Ananea<br>c/o David Oakley, Esq.<br>3214 Prospect Avenue<br>Cleveland, OH 44115-2614 | End of Label Matrix<br>Mailable recipients   117<br>Bypassed recipients    32<br>Total                 149 |